United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH W. CHAIT,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SAN FRANCISCO, a Municipal Corporation, GEORGE GASCON, in his individual and official capacity as Chief of Police of the San Francisco Police Department, R. DELA VEGA, (Badge #1823) in his individual and official capacity as a Police Officer of the San Francisco Police Department, RONNIE M. WAGNER, in her individual and official capacity as a Police Officer/Police Department Attorney of the San Francisco Police Department, and DANIEL YAWCZAK, (Badge #1810) in his individual and official capacity as a Police Officer of the San Francisco Police Department,<br><br>    Defendant.<br>                                       / | No. C 10-02194 WHA<br><br>**ORDER DENYING TEMPORARY RESTRAINING ORDER** |

      Plaintiff's application for a temporary restraining order is **DENIED**. A plaintiff seeking preliminary injunctive relief must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest. *Winter v. Natural Resources Defense Counsel*, 129 S.Ct. 365, 374 (2008). Plaintiff here has raised no issue of irreparable injury. The watches in question have already been returned to their rightful owners.

This denial is without prejudice to a motion for preliminary injunction but such a motion should only be heard after all parties have been properly served with a summons and complaint. The Court recommends that plaintiff's motion for preliminary injunction be cogently and clearly presented.

**IT IS SO ORDERED.**

Dated: May 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California