1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10   JOSEPH W. CHAIT, individually and on behalf of          No. C 10-02194 WHA
11   those similarly situated,

12                 Plaintiff,

13     v.                                                    **JUDGMENT**

14   CITY AND COUNTY OF SAN FRANCISCO, a
     Municipal Corporation, GEORGE GASCON, in his
15   individual and official capacity as Chief of Police of the
     San Francisco Police Department, R. DELA VEGA,
16   (Badge #1823) in his individual and official capacity as
     a Police Officer of the San Francisco Police
17   Department, RONNIE M. WAGNER, in her individual
     and official capacity as a Police Officer/Police
18   Department Attorney of the San Francisco Police
     Department, and DANIEL YAWCZAK, (Badge #1810)
19   in his individual and official capacity as a Police
     Officer of the San Francisco Police Department,

20                 Defendants.
21   _____/

22           For the reasons stated in the accompanying order granting defendants' motion for

23   summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants.

24           The Clerk **SHALL CLOSE THE FILE**.

25

26           **IT IS SO ORDERED.**

27

28   Dated:  October 7, 2011.
                                            _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California