IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH W. CHAIT, individually and on behalf of those similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, GEORGE GASCON, in his individual and official capacity as Chief of Police of the San Francisco Police Department, R. DELA VEGA, (Badge #1823) in his individual and official capacity as a Police Officer of the San Francisco Police Department, RONNIE M. WAGNER, in her individual and official capacity as a Police Officer/Police Department Attorney of the San Francisco Police Department, and DANIEL YAWCZAK, (Badge #1810) in his individual and official capacity as a Police Officer of the San Francisco Police Department,<br><br>  Defendants.<br>                                                                          / | No. C 10-02194 WHA<br><br><br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting defendants' motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants.

The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 7, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE